IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM A. WRIGHT | ) | |
| Plaintiff | ) | 1:05-CV-2151 |
| v. | ) | (JUDGE CONNER) |
| | ) | |
| UNUM LIFE INSURANCE COMPANY | ) | |
| OF AMERICA and | ) | |
| UNUMPROVIDENT CORPORATION | ) | |
| Defendants | ) | |

## ORDER

AND NOW, this 21st day of February, 2006, upon consideration of Defendants' Motion To Dismiss Count II Of Plaintiff's Complaint, and any response thereto, it is hereby ORDERED that said motion is GRANTED. Accordingly, Count II of plaintiff's complaint is dismissed with prejudice.

BY THE COURT:

_____
JUDGE CONNER